IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NCUBE CORPORATION,    )<br>                              )<br>        Plaintiff,          )<br>                              )<br>    v.                        )     C.A. No. 01-011 (JJF)<br>                              )<br>SEACHANGE INTERNATIONAL, INC., )<br>                              )<br>        Defendants.       )<br>_____) | |

## ORDER

WHEREAS the Court's Order of March 31, 2003 (D.I. 182) granted Plaintiff's Motions for Enhanced Damages, Attorneys' Fees, Costs, Prejudgment Interest and Post-Judgment Interest (D.I. 145, 147-1, 147-2);

IT IS HEREBY ORDERED this 6 day of April, 2006 that:

(a)  In modification of paragraph (4)(a) of D.I. 182, Plaintiff is awarded Enhanced Damages of $5,575,310.00 (2 x $2,787,655.00);

(b)  As ordered in paragraph (4)(b) of D.I. 182, Plaintiff is awarded Prejudgment Interest of $62,101.00;

(c)  As ordered in paragraph (4)(c) of D.I. 182, Plaintiff is awarded 2/3 of attorneys' fees and costs in the amount of $1,839,852.30;

(d)  Plaintiff is awarded Post-Judgment Interest of $527,822.00 for the period July 2, 2002 to March 17, 2006; and

(e)  Beginning on March 18, 2006 until the date of payment, Plaintiff is awarded daily Post-Judgment Interest in the amount of $460.00.

UNITED STATES DISTRICT JUDGE

514241